IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No. 05-21078 |
| MINH-VU HOANG, | ) | |
| | ) | Chapter 11 |
| Debtor | ) | |
| | ) | |
| In Re | ) | |
| | ) | |
| THANH HOANG | ) | Case No. 05-25738 |
| | ) | |
| | ) | Chapter 11 |
| Debtor | ) | |

**JOINDER OF CREDITORS THOMAS TSIANAKAS, IOANNA TSIANAKAS, HOANG NGUYEN AND ELENA POPE IN MOTION FOR SUBSTANTIVE CONSOLIDATION OF CASES OR, IN THE ALTERNATIVE, ADMINISTRATIVE CONSOLIDATION OF CASES**

COME NOW Creditors Thomas Tsianakas, Ioanna Tsianakas, Hoang Nguyen and Elena Pope, by counsel, and hereby join in the Motion [Docket #59 in Case No.05-21078] and [Docket #10 in Case No. 05-25738] for a substantive consolidation of the above cases.

Respectfully submitted,


/s/ Carlos M. Recio
Carlos M. Recio Bar #01294
1828 L Street, N.W.
Suite 660
Washington, DC  20036
Tel:  202-293-5690
Fax: 202-822-6665
Email: crecio@reciolaw.com

Counsel for Creditors
Thomas and Ionna Tsianakas,
Hoang Nguyen and Elena Pope



/s/ Jeffrey Orenstein
Jeffrey Orenstein Bar #07512
Goren, Wolff & Orenstein, LLC
11300 Rockville Pike
Suite 408
Rockville, Maryland 20852
Tel: 301-984-6266
Fax: 301- 816-0592
Email: jorenstein@gorenwolff.com

Counsel for Creditor Janyce Smith

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion was served via e-filing and regular mail, this 11th day of August, 2005, postage prepaid, upon the following:

United States Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD  20170

Laura J. Margulies
Darine K. Tabbara
Laura Margulies & Associates, LLC
6205 Executive Blvd.
Rockville, MD  20852

Minh-Vu Hoang, Debtor
9101 Clewerwall Drive
Bethesda, MD  20817

All other parties listed on the Court's mailing matrix

/s/ Carlos M. Recio
Carlos M. Recio