IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re ) | |
| ) | Case No. 05-21078 |
| MINH-VU HOANG, ) | |
| ) | Chapter 11 |
| Debtor ) | |

**CERTIFICATE OF DISCOVERY**

I HEREBY CERTIFY, that on the 11th day of August 2005, copies of the following documents were sent via first class mail, postage pre-paid to:

Laura J. Margulies
Darine K. Tabbara
Laura Margulies & Associates, LLC
6205 Executive Blvd.
Rockville, MD 20852

Minh-Vu Hoang, Debtor
9101 Clewerwall Drive
Bethesda, MD 20817

Office of the U.S. Trustee
6305 Ivy Lane,
Suite 600,
Greenbelt, Maryland 20770:

1.  Notice of Deposition of Craig Parker, Esq. in connection with Motion for Consolidation

2.  Notice of Deposition of Gemini Title & Escrow, LLC in connection with Motion for Consolidation

3.  Notice of Deposition of Minh-Vu Hoang in connection with Motion for Consolidation

The undersigned further certifies that the originals of the aforementioned document will be retained without alteration until the case is concluded in this Court and the time for noting an appeal has expired or any appeal noted has been decided.

Respectfully submitted,

/s/ Carlos M. Recio
Carlos M. Recio Bar # 01294
1828 L Street, N.W.
Suite 660
Washington, DC 20036
Tel: 202-293-5690
Fax: 202-822-6665
Email: crecio@reciolaw.com

Counsel for Creditors
Thomas and Ionna Tsianakas, Hoang Nguyen
and Elena Pope

/s/ Jeffrey Orenstein
Jeffrey Orenstein Bar #07512
Goren, Wolff & Orenstein, LLC
11300 Rockville Pike
Suite 408
Rockville, Maryland 20852
(301) 984 6266
Fax: (301) 816 0592
Email: jorenstein@gorenwolff.com

Counsel for Creditor
Janyce Smith

### **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice was served via efiling and/or via regular mail, this 11th day of August, 2005, postage prepaid upon the following:

United States Trustee
6305 Ivy Lane
Suite 600
Greenbelt, Maryland 20170

Laura J. Margulies (Service also by Fax on July 20, 2005)
Darine K. Tabbara
Laura Margulies & Associates, LLC
6205 Executive Blvd.
Rockville, MD 20852

Minh-Vu Hoang, Debtor
9101 Clewerwall Drive
Bethesda, MD 20817

All other parties listed on the Court's mailing matrix

/s/ Carlos M. Recio
Carlos M. Recio