

Nancy V. Alquist , U.S. BANKRUPTCY JUDGE

PROCEEDING MEMO - CHAPTER 7

Date: 04/06/2006  Time: 02:30

05-21078 Minh Vu Hoang and Thanh Hoang

Christopher Hamlin representing Thanh Hoang (Debtor)

Alan S. Kerxton and Bradford S. Bernstein and Ira C. Wolpert and Rachel Theora McGuckian representing Minh Vu Hoang (Debtor In Possession)

Gary A. Rosen and Gary A. Rosen and Roger Schlossberg and Roger Schlossberg representing Gary A. Rosen (Trustee)

David I. (UST) Gold and Lynn A. Kohen representing US Trustee - Greenbelt (U.S. Trustee)

[456] Second Amended Notice of Intent to Sell property identified as 4653 Huron Avenue, Suitland, MD 20746 (related documents) [437] Notice of Intent to Sell property identified as 4653 Huron Avenue, Suitland, MD 20746). Notice Served on 3/8/06, Filed by Gary A. Rosen. Hearing scheduled for 4/6/2006 at 02:30 PM at Courtroom 3-C, Greenbelt - Judge Alquist. Objections due by 3/28/2006.  (Rosen, Gary) Modified on 3/9/2006 (Burkhart, M). CORRECTIVE ENTRY: ENHANCED TEXT TO INCLUDE RELATED DOCUMENT.
Movant: Gary Rosen        BY G Rosen; G Rosen; R Schlossberg; R Schlossberg;

[457] Second Amended Notice of Intent to Sell property identified as 13013 8th Street, Bowie, MD 20720 (related documents) [438] Notice of Intent to Sell property identified as 13013 8th Street, Bowie, MD 20720). Notice Served on 3/8/06, Filed by Gary A. Rosen. Hearing scheduled for 4/6/2006 at 02:30 PM at Courtroom 3-C, Greenbelt - Judge Alquist. Objections due by 3/28/2006.  (Rosen, Gary) Modified on 3/9/2006 (Burkhart, M). CORRECTIVE ENTRY: ENHANCED TEXT TO INCLUDE RELATED DOCUMENT.
Movant: Gary Rosen        BY G Rosen; G Rosen; R Schlossberg; R Schlossberg;

[501]  Objection on behalf of Minh Vu Hoang Filed by Ira C. Wolpert (related document(s)[457] Notice of Intent to Sell, filed by Trustee Gary A. Rosen).
Movant: Minh Hoang       BY B Bernstein; R McGuckian; I Wolpert; A Kerxton;

DISPOSITIONS:

Granted____   Denied____   Withdrawn____   Consent____   Default____   Under Adv.____

Moot_____   Dismissed_____   Overruled_____   Sustained_____   O.T.J. Fee_____

[457] Continued to: _April 10th, 2006 @ 11:30 am._

[501] DECISION:

```
[ ]   Signed by Court        [ ]   Filed by Counsel
[ ]   To be prepared by:
      [ ]   Movant's counsel        [ ]   Court
      [ ]   Respondent's counsel    [ ]   Other _____
```

NOTES: