UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Greenbelt

In Re:                            :
                                  :
MINH VU HOANG                     :   Case No.  05-21078-NVA
THANH HOANG                       :   Case No.  05-25738-NVA
                                  :        (Chapter 7)
          Debtor                  :   (Jointly Administered Under
                                         No.  05-21078-NVA)

TRUSTEE'S REPORT OF SALE

**DATE OF SALE**:            April 12, 2006

**TYPE OF SALE**:            Private

**PROPERTY SOLD**:           13013 8th Street, Bowie, MD 20720

**PURCHASER**:               David Dahan

**PRICE**:                   $221,489.23

**BROKER:**                  Jocelyn McClure
                             Realty Executives/Alan Realtors

**COMMISSION PAID ON SALE:**  $13,260.00

**EXPENSES OF SALE:**    $3,268.63

**LIENS PAID FROM SALE PROCEEDS/ATTACHING TO PROCEEDS:**   None

**NET TO ESTATE:**  $204,960.60

**DEBTOR'S EXEMPTIONS**:   None

BANK WHERE NET TO ESTATE IS INVESTED:   JPMorgan Chase Manhattan Bank

**AMOUNT RETAINED BY TRUSTEE**: $204,960.60

                                      GARY A. ROSEN, CHARTERED

Date:  April 19, 2006                  By /s/   Gary A. Rosen
                                                Gary A. Rosen
                                                One Church Street
                                                Suite 802
                                                Rockville, Maryland 20850
                                                (301) 251-0202
                                                Trustee