IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| MINH VU HOANG | | Bankruptcy No. 05-21078-TJC |
| THANH HOANG | * | Bankruptcy No. 05-25738-TJC |
| Debtors | | (Chapter 7) |
| | * | |
| | | Jointly Administered Under |
| | * | Bankruptcy No. 05-21078-TJC |

\* \* \*

| | | |
|---|---|---|
| IN RE: | * | |
| VAN T. VU | | Bankruptcy No. 05-26521-TJC |
| Debtor | * | (Chapter 11) |

\* \* \*

| | | |
|---|---|---|
| IN RE: | * | |
| HAO QUANG VU | | Bankruptcy No. 05-26765-TJC |
| Debtor | * | (Chapter 11) |

\* \* \* \* \*

**NOTICE OF FILING OF TRUSTEE'S MOTION FOR SUBSTANTIVE CONSOLIDATION**

TO ALL PARTIES-IN-INTEREST:

TAKE NOTE that Gary A. Rosen, Chapter 7 Trustee for the Bankruptcy Estates of *Minh Vu Hoang* and *Thanh Hoang* filed on August 18, 2006 his *Motion for Substantive Consolidation*. That *Motion* seeks to effect a substantive consolidation of all of the assets and debts of each of the four (4) above-referenced Estates into a single consolidated proceedings for further administration in this Court.

Parties desiring information regarding said *Motion* are encouraged to review said *Motion* and the other matters of record on the docket of the above-referenced cases.

Respectfully submitted,

GARY A. ROSEN, CHARTERED

By:     */s/ Gary A. Rosen*
    Gary A. Rosen
    One Church Street, Suite 802
    Rockville, MD 20850-4158
    Telephone: (301) 251-0202

SCHLOSSBERG & ASSOCIATES

By:  */s/ Roger Schlossberg*
    Roger Schlossberg
    134 West Washington Street
    P.O. Box 4227
    Hagerstown, MD 21741-4227
    Telephone: (301) 739-8610

    Attorneys for Respondent,
       Gary A. Rosen|