**SO ORDERED**
**Withdrawn without prejudice in light of filings made subsequent to the motion.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | | |
|---|---|---|---|
| In Re: Minh Vu Hoang | * | | |
| Thanh Hoang | * | Case No. | 05-21078 TJC |
| | * | Case No. | 05-25738-TJC |
| Debtors | * | | (Chapter 7) |
| | * | (Jointly | Administered Under |
| | * | | No. 05-21078-TJC) |
| | * | | |
| In Re: Van T. Vu | * | Case No. | 05-26521-TJC |
| Debtor | * | | (Chapter 11) |
| | * | | |
| | * | | |
| In Re: Hao Quang Vu | * | Case No. | 05-26765-TJC |
| Debtor | | | (Chapter 11) |

* * * * * * * * * * * * * * * * * * * * * *

## ORDER AND NOTICE OF WITHDRAWAL

Notice is given by the Court that the following motion or application was withdrawn by counsel on the record in open court on October 13, 2006, and therefore said motion is hereby withdrawn.

[MOTION FOR MORE DEFINITE STATEMENT], [DOCKET 639].

cc:   All Counsel

Notice-TJC revised-7/19/06
(acu*)

**END OF ORDER**