

IN THE UNITED STATES
FOR THE DISTRICT
(Greenbelt

| | | |
|---|---|---|
| IN RE: | * | |
|   MINH VU HOANG | | 8-TJC |
|   THANG HOANG | * | 8-TJC |
|     Debtors | | |
| | * | |
| | | Jointly Administered Under |
| | * | Bankruptcy No. 05-21078-TJC |

\* \* \*

IN RE:      *
  VAN T. VU              Bankruptcy No. 05-26521-TJC
    Debtor        *     (Chapter 11)

\* \* \*

IN RE:      *
  HAO QUANG VU        Bankruptcy No. 05-26765-TJC
    Debtor        *     (Chapter 11)

\* \* \* \* \*

**ORDER SUSPENDING PROCEEDINGS ON TRUSTEE'S AMENDED MOTION
FOR SUBSTANTIVE CONSOLIDATION**

Presently pending before the Court is the *Trustee's Amended Motion for Substantive Consolidation* (the "*Consolidation Motion*"). The Court previously has entered several Scheduling Orders on said *Motion* including deadlines for the completion of discovery, disclosure of expert materials and dates for hearing of said *Consolidation Motion*.

Following the conduct of a sealed hearing on October 25, 2006 at which only the Trustee and his counsel appeared before the Court (said hearing having been conducted with the consent of all parties hereto), the Court noted that due to restrictions binding upon the Trustee pursuant

to the terms of a sealed Order entered by the United States District Court for the District of Maryland, the Trustee is unable fairly to provide discovery to the other parties in the pending proceedings on the *Consolidation Motion*.   Therefore, the Court announced in open court its decision that all proceedings herein on the *Consolidation Motion* shall be temporarily suspended. At the express request of counsel for the United States Trustee, the Court clarified that the suspension of proceedings was limited to the *Consolidation Motion* and would not suspend or affect at that time any other proceedings before this Court, with all parties reserving all rights on all other matters.

It is therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that all proceedings in this Court on the *Consolidation Motion*, including all discovery be, and the same hereby are, SUSPENDED pending further Order of this Court; and it is further

ORDERED, that notwithstanding the suspension of proceedings herein upon the *Consolidation Motion*, all other matters pending before this Court are unaffected by the suspension of proceedings on the *Consolidation Motion* pending further order.

**END OF ORDER**

H:\Documents\2006\10-06\hoang order suspending.102606.wpd